GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN C. HAKALA
Colorado State Bar No. 41335
GENEVIEVE A. OZARK
Mississippi State Bar No. 105598
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kevin.hakala@usdoj.gov
Email: genevieve.ozark@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 5 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> vs. <br> Cayla Farris, <br> Defendant. | No. CR-22-1393-PHX-SMB (ESW) <br><br> **INDICTMENT** <br><br> VIO: 49 U.S.C. § 46504 <br> (Interference with a Flight Crew Member) <br> Count 1 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about February 13, 2022, in the District of Arizona and elsewhere, the defendant, CAYLA FARRIS, on an aircraft in the special aircraft jurisdiction of the United States, namely American Airlines Flight 694 from Phoenix, Arizona to Honolulu, Hawaii, did knowingly interfere with the performance of the duties of R.S., a flight crew member of the aircraft, and lessen the ability of R.S. to perform those duties, by intimidating R.S. while the aircraft was in flight.

\\

\\

All in violation of Title 49, United States Code, Section 46504.

A TRUE BILL

\s\
FOREPERSON OF THE GRAND JURY
Date: October 25, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

\s\
KEVIN C. HAKALA
GENEVIEV A. OZARK
Assistant U.S. Attorneys